Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

LINK TO NE 11

NOTE CHANGES MADE BY THE COURT.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHECK-MATE ELECTRIC, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV 09-05238-RGK (CTx)<br><br>ASSIGNED TO THE HONORABLE R. GARY KLAUSNER<br><br>[~~PROPOSED~~] JUDGMENT |

Plaintiffs' motion for default judgment came on regularly for hearing on June 7, 2010, in the above-referenced Court, the Honorable R. Gary Klausner, United States District Judge, presiding. Appearances were stated on the record. After full consideration of the evidence and the authorities submitted by counsel, as well as counsel's oral argument, if any:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE

-1-

1  NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN
2  CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION
3  COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-
4  MANAGEMENT COOPERATION COMMITTEE, CONTRACT COMPLIANCE
5  FUND, NATIONAL ELECTRICAL INDUSTRY FUND, and the LOS ANGELES
6  ELECTRICAL WORKERS CREDIT UNION shall recover from CHECK-MATE
7  ELECTRIC, INC., a California corporation, the principal amount of $546,128.83
8  (consisting of unpaid fringe benefit contributions in the amount of $450,219.90,
9  prejudgment interest in the amount of $17,316.41, liquidated damages in the amount of
10 $72,720.02, and audit fees in the amount of $5,872.50), together with attorney's fees of
11 $14,522.58 ~~$16,849.50~~, and costs ~~of $1,227.25~~ *to be determined by application to the Clerk of the Court*, plus post-judgment interest as provided by law from
12 the date of entry of judgment herein until the date the judgment is paid in full.
13
14
15 Dated: JUN - 8 2010          _____
16                                          UNITED STATES DISTRICT JUDGE
17 Presented by:
18 Dated: April 8, 2010          **LAQUER URBAN CLIFFORD & HODGE LLP**
19
20                                  By: /s/ Matthew T. Bechtel
21                                      Susan Graham Lovelace
22                                      Matthew T. Bechtel
                                        Attorney for Plaintiffs, Trustees of the Southern
23                                      California IBEW-NECA Pension Plan, et al.
24
25
26
27
28

-2-

[Proposed] Judgment                              [PROPOSED] JUDGMENT